# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ALLEN D. HALL, JR., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-0911-D |
| ) | |
| DALLAS COUNTY, ) | |
|     Defendant. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

September 8, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE